# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Case Name: **Tomas Hernandez v. LaRose, et al.** | Case Number: | **3:25-cv-3294-CAB-MMP** |

Hon. Cathy Ann Bencivengo    Ct. Deputy Lori Hernandez    Rptr Tape: [Reporter Tape]

As Petitioner has been released from custody, the Court **DISMISSES as moot** the petition for a writ of habeas corpus. It is **SO ORDERED**. The Clerk of Court shall **CLOSE** the case.

Date: January 30, 2026                                                                                         Initials: MA